UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HANK MAURICE EVANS,

        Petitioner,

vs.                              Case No. 3:04-cv-602-J-20HTS

JAMES CROSBY, etc.; et al.,

        Respondents.

## ORDER

1.   Upon review of the record, it appears that portions of Petitioner's ineffectiveness claim raised in the Petition (Doc. #1) are procedurally barred.   In state court, Petitioner raised this claim solely as a claim of ineffectiveness for failing to present evidence of the victim's criminal record.   See Ex.[1] H at 7-8, 14. In the Petition before this Court, Petitioner has added numerous additional facts in support of his claim, and now asserts that counsel should have presented other evidence of the victim's propensity for violent behavior.

Accordingly, within **THIRTY (30) DAYS** from the date of this Order, Respondents shall file a supplemental response, in which they address whether those portions of Petitioner's claim before this Court that were not presented to the state courts are

---

[1] The Court hereinafter refers to the Exhibits to State's Response to Petition for Writ of Habeas Corpus (Doc. #8), filed September 10, 2004, as "Ex."

procedurally barred. Petitioner, within **THIRTY (30) DAYS** from the date Respondents file their supplemental response, shall file his reply thereto.

    2. Petitioner's October 24, 2005, Motion to Hear and Rule (Doc. #12) is **GRANTED** to the extent that the Court will address the Petition after the parties comply with paragraph 1 of this Order.

**DONE AND ORDERED** at Jacksonville, Florida, this ___ day of October, 2005.

_____
UNITED STATES DISTRICT JUDGE

ps 10/28
c:
Hank Maurice Evans
Assistant Attorney General Bryan Jordan

2